UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BENAVIDEZ-RUIZ, | Case No. EDCV 16-1838 PSG(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| CO VILLASENOR, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: ___3/21/17_____

_____

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE